UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN FERNANDEZ,

                   Plaintiff,

    -v-

RIVERVIEW FLATS, LLC,

                   Defendant.

CIVIL ACTION NO. 25 Civ. 8814 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person conference held on May 28, 2026 (the "Conference"), the Court

**ORDERS** the following:

1. The Case Management Plan, (Dkt. No. 22 (the "CMP")), is **AMENDED** as follows:

    a. By **June 15, 2026**, Defendant shall serve its written responses to Plaintiff's discovery demands.

    b. Depositions shall be completed by **September 11, 2026**.

    c. All fact discovery must be completed by **September 11, 2026**.

    d. By **September 18, 2026**, the parties shall file a joint letter certifying that fact discovery is complete.

    e. All expert discovery must be completed by **October 9, 2026**;

    f. By **October 16, 2026**, the parties shall file a joint letter certifying that expert discovery is complete.

2. All other deadlines and directives in the CMP shall remain in effect.  (See Dkt. No. 22).

3. Another telephone conference to discuss the status of discovery is scheduled for **August 27, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

4. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.

Dated:        New York, New York
              May 28, 2026

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE  SERVICE:

(prices listed are per page)

| Daily $7.30 | | 3 Day $6.55 | | 7 Day $5.85 | | 14 Day $5.10 | | 30 Day $4.40 | |
|---|---|---|---|---|---|---|---|---|---|
| | ◯ | | ◯ | | ◯ | | ◯ | | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|