UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN FERNANDEZ,

Plaintiff,

-v-

RIVERVIEW FLATS, LLC,

Defendant.

CIVIL ACTION NO. 25 Civ. 8814 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 27, 2026 (the "Conference"), the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. The deadline of September 11, 2026 to complete fact discovery, including depositions, (Dkt. No. 26), is **EXTENDED** to **October 30, 2026**.
3. The deadline of September 18, 2026 for the parties to file a joint letter certifying that fact discovery is complete, (Dkt. No. 26), is **EXTENDED** to **November 6, 2026**.
4. The deadline of October 9, 2026 to complete expert discovery, (Dkt. No. 26), is **EXTENDED** to **December 4, 2026**.
5. The deadline of October 16, 2026 for the parties to file a joint letter certifying that expert discovery is complete, (Dkt. No. 26), is **EXTENDED** to **December 11, 2026**.
6. Another telephone conference to discuss the status of expert discovery is scheduled for **November 19, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties

are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
August 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| Your Name | | |
|---|---|---|
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL